```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 39270
    FLORINE PATE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9988

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/21/2004 and was confirmed 12/13/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  16.66% from remaining funds.

    The case was paid in full 03/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
US BANK HOME MORTGAGE      CURRENT MORTG           .00             .00            .00
ROUNDUP FUNDING LLC        UNSECURED          15473.87             .00       2578.41
SHERMAN ACQUISITION        UNSECURED OTH        790.02             .00        131.55
PETER FRANCIS GERACI       DEBTOR ATTY        2,200.00                      2,200.00
TOM VAUGHN                 TRUSTEE                                            290.04
DEBTOR REFUND              REFUND                                             130.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              5,330.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     2,709.96
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                            290.04
DEBTOR REFUND                                   130.00
                     --------------         --------------
TOTALS               5,330.00                 5,330.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
    Dated: 06/26/08            _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```